UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

Tyron Ree Bland )
_____ )
_____ )
(Enter above the NAME of the
plaintiff in this action.) )

v. )

Washington )
County Detention )
Center )
(Enter above the NAME of each
defendant in this action.) )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

    B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to the previous lawsuit:

           Plaintiffs: Tyron R. Bland

           Defendants: Washington County Detention Center Officer Sedbrook, COBB

1

2. COURT: (If federal court, name the district; if state court, name the county): _____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: Washington County jail Tn

A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

C. If your answer is YES,

1. What steps did you take? I wrote it on the Kiosk System then filled out a grievance form

2. What was the result? They gave me the run around and didn't care

D. If your answer to B is NO, explain why not. _____

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES (✓) NO ( )

F. If your answer is YES,

1. What steps did you take? I asked to get a complaint form after 2 months I was given the form

2

2. What was the result? they gave me the run around

## III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Tyron Bland

Present address: P.O Box 97 Jonesborough Tn 37659

Permanent home address: 706 S. Jackson St SouthBend In 46619

Address of nearest relative: 706 S. Jackson St SouthBend In 46619

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Keith Sexton

Official position: Sheriff

Place of employment: Washington County Sheriff

C. Additional defendants: Major Jenkins, officer Sedbrook officer Cobb

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

During a major shakedown 2/25 I was exscorted out my cell by officer

3

Cobb and taken into a shower to be stripped searched. When going back to my cell I noticed my prayer rug was taken. When I asked about they told me I couldn't have it because it's a risk to the jail. In the rule book it states long as no one life in danger or it doesn't cause harm to the jail we are allowed to have it. They told me to use the towel they gave me to wrap around my Holy Quran to keep it clean to pray on that. Now If I use the towel to keep my Quran clean, put it on the filthy floor pray on it, then wrap my Quran back up with it my prayers would not be answered from Allah. I pray five times a day and make (wudu)(clean myself) before prayer I would like my prayer Rug back and I feel my religous rights have been violated. Officer Sedbrook searched my cell and took my prayer Rug. Exuatted all grivencee steps.

4

V.   RELIEF

(State BRIEFLY exactly what you want this Court to do for you.  Make NO legal arguments. Cite NO cases or statutes.)

I've went serval months without my rug, seeking damages and injuctions

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this  8-13-25  day of  13 , 20 25 .

_____Tyon Bland_____
Signature of plaintiff(s)

5